United States Courts
Southern District of Texas
FILED

SEP 17 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL NO. H-15-509
§
JOSEPH WASHINGTON §

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Failure to Register under SORNA)

From on or about March 9, 2012, and continuously thereafter, up to and including June 5, 2015, within the Southern District of Texas and elsewhere,

**JOSPEH WASHINGTON,**

defendant herein, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, having traveled in interstate or foreign commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and Notification Act.

**In violation of Title 18, United States Code, Section 2250(a).**

A True Bill:

Original Signature on File

Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: *Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465